■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH WHITE, Appellant. [638 NYS2d 296] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered April 7, 1994, convicting defendant, after a jury trial, of manslaughter in the first degree, and sentencing him to a term of $8^1/_3$ to 25 years, unanimously affirmed.

Defendant failed to preserve his claim of intentional discrimination by the prosecutor since he failed to challenge the prosecutor's explanations for rejecting a male African-American panelist (*see, People v Allen*, 86 NY2d 101, 110-111). Moreover, we find that the prosecutor's explanation was not pretextual (*People v Gonzalez*, 212 AD2d 436, *lv denied* 85 NY2d 938; *People v Manigo*, 165 AD2d 660).

Defendant's sentence was not excessive in view of the brutality of the crime. Concur—Murphy, P. J., Rosenberger, Rubin, Tom and Mazzarelli, JJ.